*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| In Re: James W. Trementozzi Sr. | BK No. 1:23–bk–10316 |
| Debtor(s) | Chapter 7 |

*ORDER GRANTING MOTION (doc# 10 ) TO AVOID JUDICIAL LIEN OF*
*Discover Bank, Revens Revens & St. Pierre,Citibank*

On 5/10/2023 the debtor(s) filed a *Motion to Avoid the Judicial Lien* of Discover Bank, Revens Revens & St. Pierre and Citibank . No objection to the motion was filed. Accordingly, the motion is granted, and the lien placed on the debtor's property described as 48 Trask Street, Providence, RI is void.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **5/31/23**

Entered on Docket: **5/31/23**
Document Number: **17 – 10**

ogavoidjudlien.jsp #114

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*